1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00740-PSG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING DATE TO MAY 18, 2012 |
| ) | |
| RONALD ALLEN CUTLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant Ronald Allen Cutler, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Grant P. Fondo, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set for Thursday, May 3, 2012, at 1:00 p.m., may be continued to Friday May 18, 2012, at 9:30 a.m.

Mr. Cutler has pled to a misdemeanor violation of 18 U.S.C. § 111, assaulting and resisting an officer and employee, pursuant to a written plea agreement in accord with Fed. R. Crim. P. 11(c)(1)(A) and 11(c)(1)(B).  A sentencing hearing is presently set in this matter for May 3, 2012, and the parties jointly request a short continuance to permit the United States

Stipulation and [Proposed] Order Continuing
Hearing                                                          1

1 Probation Officer assigned to this matter additional time to consider information provided by the
2 defense and to prepare the final presentence report in this matter.  The parties therefore jointly
3 agree, and respectfully request, that the sentencing hearing date be continued to May 18, 2012, at
4 9:30 a.m.  The United States Probation Office has been consulted about the requested
5 continuance and has no objection.  The parties further agree that the deadlines by which the
6 United States Probation Office must disclose the final pre-sentence reports shall be adjusted
7 according to the new sentencing date.

9 Dated:  April 26, 2012
10 _____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

13 Dated  April 26, 2012            _____/s/_____
GRANT P. FONDO
14                                  Assistant United States Attorney

15                            **[PROPOSED] ORDER**

16      GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
17 the sentencing hearing date set for Thursday, May 3, 2012, at 1:00 p.m. is continued to Friday,
18 May 18, 2012, at 9:30 a.m., and the date by which United States Probation must disclose the
19 final pre-sentence report shall be adjusted accordingly.

21 Dated:"Crtkn52."4234
                                    _____
                                    THE HONORABLE PAUL S. GREWAL
22                                  United States Magistrate Judge

Stipulation and [Proposed] Order Continuing
Hearing                                    2